Submitted October 4, affirmed October 30, 2019, petition for review denied January 16, 2020 (366 Or 97)

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

MARK ANTHONY RICHARDSON,
*Defendant-Appellant.*

Multnomah County Circuit Court
18CR28947; A168306

450 P3d 1041

Leslie G. Bottomly, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Sara F. Werboff, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Doug M. Petrina, Assistant Attorney General, filed the brief for respondent.

Before Lagesen, Presiding Judge, and Egan, Chief Judge, and Powers, Judge.

PER CURIAM

Affirmed. *State v. Copeland*, 353 Or 816, 306 P3d 610 (2013).